UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| ERIC RUSNOCK, ANDREW NYE, and ROSE NYE, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>THE SHERWIN-WILLIAMS COMPANY, and THE SHERWIN-WILLIAMS MANUFACTURING COMPANY,<br><br>  Defendants. | :<br>:<br>:<br>:<br>:<br>:  Case No.: 1:19-cv-00908-SO<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the Plaintiffs hereby dismiss all claims against the Defendants with prejudice and with all parties to bear their own fees and costs.

Dated: October 19, 2020

Respectfully submitted,

*/s/ Charles E. Schaffer*
Charles E. Schaffer
Daniel C. Levin
**LEVIN, SEDRAN & BERMAN, LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel.: (215) 592-1500
Fax: (215) 592-4663
cschaffer@lfsblaw.com
dlevin@lfsblaw.com

**IT IS SO ORDERED.**
/s/ Solomon Oliver, Jr.
United States District Judge
10/19/2020

Andrew S. Baker
**BAKER LAW GROUP**
107 South High Street, Suite 400
Columbus, OH  43215
Tel.: (614) 228-1882
Fax: (614) 228-1862
andrew.baker@bakerlawgroup.net

***Attorney for Plaintiffs***